UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Linda Faye Lightsey, | ) | CASE NO. 18-58575-JWC |
| | ) | |
| Debtor. | ) | |

### NOTICE OF CONVERSION OF CASE TO
### CHAPTER 7 UNDER SECTION 1307(a)

Under section 1307(a) of the Bankruptcy Code, Debtor is entitled to convert this Chapter 13 case to a case under Chapter 7 at any time, and Debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

WHEREFORE, Debtor, pursuant to Rule 1017(f)(3) of the Federal Rules of Bankruptcy Procedure, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,
KING & KING LAW LLC

_____/S/
Carl Epps
Attorney for Debtor
Georgia Bar No. 726885
King & King Law LLC
215 Pryor Street
Atlanta, Georgia 30303-3748
(404) 524-6400
notices@kingkingllc.com

Approved by:

_____/S
Linda Faye Lightsey

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Linda Faye Lightsey, | ) | CASE NO. 18-58575-JWC |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that I am more than 18 years of age, and that on this day, I served a copy of the within Notice of Conversion of Case to Chapter 7 Under Section 1307(a) filed in this bankruptcy case upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Linda Faye Lightsey
1419 Ferocity Ridge Way
Kennesaw, GA 30152

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Av, Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303; Via E-notice

(DEBTOR'S CREDITOR MATRIX ATTACHED BELOW)

This 18th day of December, 2018.

_____/S
Carl Epps
Georgia Bar No. 726885
Attorney for Debtor
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303-3748
(404) 524-6400
notices@kingkingllc.com

```
Label Matrix for local noticing          AFA Protective System Inc              Ashley Funding Services, LLC its successors
113E-1                                   c/o Diversified Account System         assigns as assignee of Laboratory
Case 18-58575-jwc                        1331 Citizens Pkwy ste 110             Corporation of America Holdings
Northern District of Georgia             Morrow, GA 30260-2965                  Resurgent Capital Services
Atlanta                                                                         PO Box 10587
Tue Dec 18 13:11:34 EST 2018                                                    Greenville, SC 29603-0587

Asset Acceptance                         Bank of America                        Bank of America
28405 Van Dyke Ave                       2380 Performance Drive                 450 American St
Warren, MI 48093-7132                    Richardson, TX 75082-4333              Montgomery Creek, CA 96065-6285


Birch Communications, Inc.               Bridgecrest Credit Company             Cash America Pawn
4885 Riverside Dr. #304                  C/O Carvana LLC                        316 Cobb Pkwy S
Macon, GA 31210-1148                     PO Box 29018                           Marietta, GA 30060-9296
                                         Phoenix, AZ 85038-9018


Cit Bank.DFS                             DAG Financial Trust 2002-A             (p)DELL FINANCIAL SERVICES
12234 N I H 35 Bldg B                    c/o Arrow Financial Srsb               P O BOX 81577
Austin, TX 78753-1725                    5996 W Touhy Ave                       AUSTIN TX 78708-1577
                                         Niles, IL 60714-4610


Don L Leasing USA                        E Cast Setlement Corp                  First Premier
c/o Steven luper Esq                     c/o HSBC Bank of Nevada                601 South Minnesota Avenue
2870 Peachtree Rd Ste 428                PO Box 35480                           Sioux Falls, SD 57104-4824
Atlanta, GA 30305-2918                   Newark, NJ 07193-5480


(p)GEORGIA DEPARTMENT OF REVENUE         HSBC Bank                              (p)INTERNAL REVENUE SERVICE
COMPLIANCE DIVISION                      P.O. Box 5253                          CENTRALIZED INSOLVENCY OPERATIONS
ARCS BANKRUPTCY                          Carol Stream, IL 60197-5253            PO BOX 7346
1800 CENTURY BLVD NE SUITE 9100                                                 PHILADELPHIA PA 19101-7346
ATLANTA GA 30345-3202


IRS                                      Kennesaw Battle Condominium            Karen King
Centralized Insolvency Opera             c/o Winter, Capriola & Zenner, Esq.    King & King Law LLC
P.O. Box 7346                            3490 Piedmont Rd NE, Ste 800           215 Pryor Street, S.W.
Philadelphia, PA 19101-7346              Atlanta, GA 30305-4811                 Atlanta, GA 30303-3748


Linda Faye Lightsey                      MCI                                    Midland Credit
1419 Ferocity Ridge Way                  c/o LVNV Funding,LLC                   5775 Roscoe Ct
Kennesaw, GA 30152-4569                  PO Box 10497                           San Diego, CA 92123-1356
                                         Greenville, SC 29603-0497


Midland Credit Management                Molly Sutter, Esq                      Premier Bankcard/Charter
8875 Aero Drive, Ste. 200                Rubin Lublin Suarez Serrano            PO Box 2208
San Diego, CA 92123-2255                 3740 Davinci Court, Suite 400          Vacaville, CA 95696-8208
                                         Norcross, GA 30092-7615


Quantum Group LLC/MOMA Funding           Lee S. Raphael                         Stuart Allan & Assoc.
PO Box 788                               Prober & Raphael, A Law Corporation    5447 E 5th Street
Kirkland, WA 98083-0788                  Suite 100                              Suite 110
                                         20750 Ventura Blvd.                    Tucson, AZ 85711-2345
                                         Woodland Hills, CA 91364-6207
```

| | | |
|---|---|---|
| Elizabeth F. Taylor<br>Winter Capriola Zenner, LLC<br>One Securities Centre, Suite 800<br>3490 Piedmont Road, NE<br>Atlanta, GA 30305-4811 | The Bank of New York Mellon, et al<br>c/o CARRINGTON MORTGAGE SERVICES, LLC<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA 92806-5948 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |
| Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | Wilshire Credit Corporation<br>P. O. Box 8517<br>Portland, OR 97207-8517 | Janet Womack<br>Janet L. Womack, P.C.<br>P. O. Box 8251<br>Atlanta, GA 31106-8251 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>c/o Resurgent Capital Services<br>P.O. Box 10390<br>Greenville, SC 29603 | Ga Department of Revenue<br>PO Box 161108<br>Atlanta, GA 30321 | (d)Georgia Department of Revenue<br>1800 Century Blvd NE<br>Suite 9100<br>Atlanta, GA 30321 |
| IRS<br>Centralized Insolvency Opera<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)State of Georgia<br>Department of Revenue<br>P.O. Box 161108<br>Atlanta, GA 30321 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Kennesaw Battle Condominium Association, I | (u)The Bank of New York Mellon, et al, its as | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients    2<br>Total    37 |